UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY P. BROWN, | ) |
| | ) CASE NO. C13-1061-MJP-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING |
| | ) EXTENSION OF TIME |
| CITY OF SEATTLE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, proceeding *pro se* and *in forma pauperis* (IFP), submitted a proposed 42 U.S.C. § 1983 civil rights complaint. (Dkt. 1.) By Order dated August 16, 2013, the Court outlined deficiencies in the proposed complaint, declined service, and granted plaintiff an opportunity to amend. (Dkt. 16.) Plaintiff now requests an extension of time to submit an amended complaint. (Dkt. 18.) Having considered that motion, the Court finds and orders as follows:

(1) Plaintiff indicates his property, including that related to this matter, was not transferred with him during his relocation to a new facility, and that his efforts at obtaining his

ORDER RE:
EXTENSION OF TIME
PAGE -1

property have been unsuccessful.  He requests an additional ninety days, on top of the thirty days already granted by the Court, to submit an amended complaint.  While this request appears excessive in light of the many deficiencies outlined in relation to plaintiff's proposed claims, the Court nonetheless finds it appropriate to grant the request.  Accordingly, plaintiff's motion for an extension of time (Dkt. 18) is GRANTED.  Plaintiff may submit an amended complaint correcting the deficiencies outlined in the Court's August 16, 2013 Order on or before **December 16, 2013**.  Plaintiff is advised that, given this lengthy extension of time, the Court is unlikely to entertain any further requests for extensions.  Further, if no amended complaint is timely filed, or if plaintiff files an amended complaint that fails to correct the deficiencies identified, the Court will recommend that this matter be dismissed.

(2)  The Clerk is directed to send to plaintiff a copy of this Order and a blank copy of a civil rights complaint form.  The Clerk is further directed to send a copy of this Order to the Honorable Marsha J. Pechman.

DATED this 5th day of September, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER RE:
EXTENSION OF TIME
PAGE -2